UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH RAYMOND STREATER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON,<br><br>Defendant. | Case No. 2:15-CV-1384-APG-GWF<br><br>**ORDER** |

On July 23, 2015, the court received the "Plaintiff's Memorandum of Points and Authorities in Support of Its Motion for Claims Brought Against Defendants." (Dkt. #1.) Plaintiff Keith Streater did not file an application to proceed in forma pauperis and he did not pay the filing fee.

IT IS THEREFORE ORDERED that plaintiff Keith Streater shall file an application to proceed in forma pauperis or pay the filing fee by February 5, 2016, or this action will be dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall file a certificate of interested parties as required by Local Rule 7.1-1 by February 5, 2016.

DATED this 5th day of January, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE