**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KEITH RAYMOND STREATER, | Case No. 2:15-cv-01384-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| CITY OF HENDERSON, | |
| Defendant. | |

    On September 8, 2016, Magistrate Judge Foley directed plaintiff Keith Streater to file an amended complaint on or before October 7, 2016. ECF No. 5.  Streater did not do so.

    IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.  The clerk of court is directed to close this case.

    DATED this 3rd day of November, 2016.

                                               ANDREW P. GORDON
                                               UNITED STATES DISTRICT JUDGE